# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT McCORMICK

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION

NO. 2019 CW 1582

**MAR 0 3 2020**

---

In Re:     United Services Automobile Association, applying for
           supervisory writs, 18th Judicial District Court,
           Parish of Iberville, No. 77971.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the trial court's October 24, 2019 judgment excluding Dr. Everett Robert's testimony regarding recommendations and/or appropriateness of plaintiff's past medical treatment is vacated only to the extent the ruling precludes Dr. Robert's testimony as to causation of plaintiff's injuries. Defendant has admitted that it is not asserting bad faith by plaintiff. Accordingly, defendant cannot assert that past medical expenses were for unnecessary expenses or overtreatment, and the trial court properly excluded such evidence. See **Spangler v. Wal-Mart Stores, Inc.**, 95-2044 (La. App. 1st Cir. 5/10/96), 673 So.2d 676, 679, writs denied, 96-1450, 1407 (La. 9/27/96), 679 So.2d 1353. However, to the extent Dr. Robert intends to testify as to the causation of any of plaintiff's injuries, such testimony should not be precluded.

                            **VGW**
                            **JMG**
                            **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.